**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOLLYWOOD FOREIGN PRESS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>JAY PENSKE, an individual; GREGORY GOECKNER, an individual; PENSKE MEDIA CORPORATION, a Delaware corporation; and GOLDEN GLOBE FOUNDATION, a California non-profit corporation,<br><br>Defendants. | Case No.: 2:26-cv-08288-JAK-DMK<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. John A. Kronstadt<br>Action Filed: July 28, 2026 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Hollywood Foreign Press Association hereby dismisses all claims in the

above-captioned action with prejudice as against Defendant Golden Globe Foundation only.

Dated: October 27, 2026

By: /s/ Daniel A. Saunders
DANIEL A. SAUNDERS
**KASOWITZ LLP**
dsaunders@kasowitz.com
1801 Century Park East, Suite 1830
Los Angeles, CA 90067
Telephone: (424) 288-7900

Facsimile: (424) 288-7901

*Attorneys for Plaintiff*
*Hollywood Foreign Press Association*