**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HOLLYWOOD FOREIGN PRESS ASSOCIATION,

Plaintiff,

v.

JAY PENSKE, an individual; GREGORY GOECKNER, an individual; PENSKE MEDIA CORPORATION, a Delaware corporation; and GOLDEN GLOBE FOUNDATION, a California non-profit corporation,

Defendants.

No. 2:26-cv-08288-JAK (DMKx)

**ORDER RE STIPULATION TO EXTEND RESPONSE DATES AND SET BRIEFING SCHEDULE (DKT. 29)**

Based on a review of the Stipulation to Extend Response Dates and Set Briefing Schedule, Dkt. 29 ("Stipulation"), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED IN PART**, as follows:

1. Plaintiff shall file its First Amended Complaint no later than November 6, 2026;
2. Gregory Goeckner's and Penske Media Company's response dates shall be extended by nine days to November 13, 2026, and Jay Penske's response date shall be extended by seven days to November 16, 2026, and those response dates will become moot upon the filing of the First Amended Complaint; and
3. The following briefing and hearing schedule shall apply to any responses filed by any Defendant to the First Amended Complaint (which shall be filed by November 6, 2026), including any motions under Rule 12 or otherwise:
    - Responses due: December 7, 2026
    - Motion Oppositions due: January 11, 2026
    - Motion Replies due: January 25, 2027
    - Motions to be noticed for hearing on February 8, 2027

**IT IS SO ORDERED.**

Date: November 4, 2026

John A. Kronstadt
United States District Judge